UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00276-SI |
| v. | INFORMATION |
| AZIEL CHAMBERS, | 18 U.S.C. § 111(a), |
| | 41 C.F.R.§§102.74.380(e), |
| Defendant. | 102.74.385 |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### (Assault on a Federal Officer)
### (18 U.S.C. § 111(a))

On or about June 24, 2025, in the District of Oregon, defendant **AZIEL CHAMBERS**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer in 18 U.S.C. § 1114, while AV1 was engaged in and on account of the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a), a Class A misdemeanor.

## COUNT 2
### (Creating a Hazard on Federal Property)
### (41 C.F.R. § 102.74.380(e))

On or about June 20, 2025, in the District of Oregon, defendant **AZIEL CHAMBERS**, did willfully throw an article of any kind from or at federal building, to wit: the Immigration and Customs Enforcement Portland Field Office building and gate;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.380(e), a class C misdemeanor.

**COUNT 3**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about June 17, 2025, in the District of Oregon, the defendant **AZIEL CHAMBERS,** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: June 25, 2025.

        Respectfully submitted,
        WILLIAM M. NARUS
        Acting United States Attorney

        *Kemp L. Strickland*
        KEMP L. STRICKLAND
        Assistant United States Attorney